THE PEOPLE ex rel. JOHN H. CAMPBELL, Respondent, *v.* EDWARD HANNAN et al., Police Commissioners of the City of Troy, N. Y., et al., Appellants.

(Argued December 1, 1890; decided December 9, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department made May 26, 1890, which reversed a decision of the board of police commissioners of the city of Troy, New York, dismissing and removing the relator from the police force, which was brought up for review by certiorari.

*R. A. Parmenter* for appellants.

*Orin Gambell* for respondent.

Agree to affirm on opinion below.
All concur, except RUGER, Ch. J., not voting.
Order affirmed.